ANDREA BANKS, SBN 275286
BAY AREA LEGAL AID
1735 Telegraph Ave.
Oakland, CA 94612
abanks@baylegal.org
Phone: (510) 250-5232
Fax: (510) 663-4740

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kerrie Baglio,<br><br>　　　　Plaintiff,<br>v.<br><br>Nancy Berryhill, Acting Commissioner of Social Security,<br><br>　　　　Defendant | CIVIL NO. 4:18-cv-04294-HSG<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR REMAND |

　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Plaintiff shall have a first extension of time of 28 days to file her motion for summary judgment or remand in this action. Plaintiff respectfully requests this additional time because the undersigned has a very heavy workload with upcoming hearings and briefs, and because of time away at the holidays, which caused the undersigned to be absent from the office.

　　　　The new due date for Plaintiff's motion for summary judgment will be Thursday, February 14, 2019. The parties further stipulate that the Court's Procedural Order for Social Security Review Actions shall be modified accordingly.

//

| | | |
|---|---|---|
| Dated: January 3, 2019 | | By: /s/ *Andrea Banks*<br>ANDREA BANKS<br>Attorney for Plaintiff |
| Dated: January 3, 2019 | | By: ___/s/_____ (authorized via email)<br>MARCELO ILLARMO<br>Special Assistant United States Attorney |

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: January 4, 2019      _____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR FILING MOTION FOR SUMMARY JUDGMENT OR REMAND 4:18-cv-04294-HSG