ANDREA BANKS, SBN 275286
BAY AREA LEGAL AID
1735 Telegraph Ave.
Oakland, CA 94612
abanks@baylegal.org
Phone: (510) 250-5232
Fax: (510) 663-4740
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRIE BAGLIO,<br><br>Plaintiff,<br>v.<br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>Defendant | CIVIL NO. 4:18-cv-04294-HSG<br><br>STIPULATION AND ~~PROPOSED~~ ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff will be awarded attorney fees in the amount of $9,000.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and zero dollars ($00.00) in costs under Taxation of Costs, 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d), 1920.

After the Court issues an order for EAJA fees to Plaintiff, the Defendant will consider any assignment of EAJA fees to Bay Area Legal Aid , the law firm of Plaintiff's counsel.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to

be made directly to Bay Area Legal Aid, pursuant to any assignment executed by Plaintiff. Any payments made shall be delivered to Bay Area Legal Aid.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel, including Bay Area Legal Aid, may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA, although Bay Area Legal Aid has waived their right to claim any fees under 42 U.S.C. §406(b).

Respectfully submitted,

Dated: August 13, 2020          /s/ *Andrea Banks*
                                ANDREA BANKS
                                Attorney for Plaintiff

Dated: August 13, 2020          /s/ *Marcelo Illarmo**
                                *As authorized via email August 13, 2020
                                MARCELO ILLARMO
                                Attorney for Defendant

**ORDER**

Pursuant to the Stipulation, IT IS SO ORDERED.

DATE:    8/20/2020             By: *Hayward S. Gilliam Jr.*
                                Hon. Hayward S. Gilliam Jr.
                                U.S. District Court Judge